UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER BRADY HOWARD,

                Petitioner,

   v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS and TIMOTHY NORMAN LANG,

                Respondents.

No. C11-5791 RJB/KLS

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

DATED  17th  day of October, 2011.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1