1

2

3

4

5                                    UNITED STATES DISTRICT COURT
                                   WESTERN DISTRICT OF WASHINGTON
6                                             AT TACOMA

7    CHRISTOPHER BRADY HOWARD,

8                              Petitioner,          No. C11-5791 RJB

9          v.
                                                    **ORDER ADOPTING REPORT AND**
10   WASHINGTON STATE DEPARTMENT                     **RECOMMENDATION**
     OF CORRECTIONS and TIMOTHY
11   NORMAN LANG,

12
                               Respondents.
13
            The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen
14
     L. Strombom, objections to the Report and Recommendation (Dkt. 18) and the remaining record,
15
     does hereby find and **ORDER**:
16
            (1)     The Court adopts the Report and Recommendation (Dkt. 14); and
17
            (2)     This case is **TRANSFERRED** to the United States District Court for the Eastern
18                  District of Washington.  The Clerk shall close this Court's file.
19
            (3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon.
20                  Karen L. Strombom.
21
22          **DATED** this 18th day of November, 2011.

23

24

25                  ROBERT J. BRYAN
                    United States District Judge
26


ORDER ADOPTING REPORT AND RECOMMENDATION - 1